## 2407SC000128EF Another Level Realty Llc v. Navient

- Case Type:
- Small Claims
- Case Status:
- Open
- File Date
- 01/19/2024
- DCM Track:
- 
- Initiating Action:
- Small Claim over $5000
- Status Date:
- 01/19/2024
- Case Judge:
- 
- Next Event:
- 03/18/2024

**All Information** | Party | Event | Docket | Disposition

### Party Information

**Another Level Realty Llc**
- Plaintiff

| Alias | Party Attorney |

More Party Information

**Navient**
- Defendant

| Alias | Party Attorney |

More Party Information

### Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 03/18/2024 09:00 AM | Room 125 | | Magistrates Hearing - Small Claims | | |

### Docket Information

| Docket Date | Docket Text | Amount Owed | File Ref Nbr. | Image Avail. |
|---|---|---|---|---|
| 01/19/2024 | Statement of Small Claims entered through e-file process. | | | Image |
| 01/22/2024 | Application INCOMPLETE: Plaintiff needs Address Verification Form Filed  Plaintiff needs Military Affidavit Form Filed  Plaintiff needs the Bill, Receipt or Invoice of the Amount Suing For | | | |
| 01/30/2024 | Military affidavit filed as part of the Plaintiff's statement of Small Claims alleging party is not in military service. | | | Image |
| 01/30/2024 | Verification of Defendant Address form filed (Uniform Small Claims Rule (b)) | | 1 | Image |
| 02/14/2024 | Small Claims Magistrate Hearing scheduled and notices sent to parties. Event: Magistrates Hearing - Small Claims Date: 03/18/2024  Time: 09:00 AM | | | |

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |

Case 1:24-cv-10637 Document 1-2 Filed 03/15/24 Page 2 of 8

**Case Disposition**

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |



| STATEMENT OF SMALL CLAIM AND NOTICE | DOCKET NO. (For Court Use Only) | Trial Court of Massachusetts Small Claims Session |
|---|---|---|

**NOTICE TO PLAINTIFF**: You may file your small claim only in the court for the area where either the plaintiff or the defendant lives or has a place of business or employment. A small claim against a landlord arising from the rental of an apartment may also be brought where the apartment is located. You may find it easier to enforce a decision in your favor if you bring your small claim where the defendant lives or works, but you are not required to do so.

COURT DIVISION WHERE THE PLAINTIFF IS FILING THIS CLAIM (Select Only One Court):
- **BMC:** Dorchester
- **District:**
- **Housing:**

**PLAINTIFF INFORMATION:** The person filing the claim is the plaintiff.

| | |
|---|---|
| Pltf. Name: | Another Level Realty LLC |
| Address: | 34 Bradlee St |
| City/State/Zip: | Boston, MA 02124 |
| Phone No.: | 6178886265 |

**PLAINTIFF'S ATTORNEY** (if any)
- Atty. Name:
- Address:
- City/State/Zip:
- Phone No.:           BBO NO:

**DEFENDANT(S) INFORMATION:** The person or corporation being sued is the defendant. If you are suing a company which is not a corporation, you should name the owner(s) doing business as the named company as the defendant; the names of the owner(s) can be obtained from the City or Town Clerk where the company's offices are located. If you are suing a company which is a corporation, you must have the exact legal name. You can find this information from the Corporate Records Division of the Secretary of State's Office, One Ashburton Place, Room 1712, Boston, MA 02108.

| | |
|---|---|
| Def. #1 Name: | NAVIENT |
| Agent: | David Yowan |
| Address: | 123 Justison Street #300 |
| City/State/Zip: | Wilmington, DE 19801 |
| Phone No.: | 3022838000 |

Def. #2 Name:
Address:
City/State/Zip:
Phone No.:

**PLAINTIFF'S CLAIM:** Fill in below the amount you are suing for and briefly explain your claim. State your claim clearly so the defendant can understand why he or she is being sued. Give the date of the event that is the basis of your claim. Fill in as "costs" the amount of the filing fee. The Plaintiff claims that the Defendant(s) **OWE $7,000.00** plus **$150.00** court costs for the following reasons:

Despite multiple warnings not to contact Another Level Realty brokerage. Navient, knowingly, and willingly violated TPCA laws autodialing a real estate brokerage. Including Four calls in one day on January 21, 2020, and continued for years from navient. They even used anonymous and spoofed numbers various times including March 3, March 4, and February 15 of 2020 These interruptions disrupted the real estate brokerage business, resulting in financial losses.

The Harassing phone calls to an Another Level Realty were highly disruptive, hindering productivity and causing financial losses. These interruptions impeded crucial communication with clients, and sales agents leading to missed opportunities and lost deals. As areal estate brokerage , the continuous calls received while trying to follow up with clients further exacerbated the situation, causing distraction and directly impacting the ability to focus on income-generating activities, thereby resulting in lost wages.

Being inundated with robocalls made Another Level Realty become hesitant to answer incoming calls, fearing they might be more disruptions rather than potential clients. This hesitation hindered the timely response to genuine client inquiries, causing missed opportunities for new deals and client interactions. The continuous robocalling created an environment of uncertainty, making it challenging for the brokerage to distinguish between legitimate business calls and automated nuisances. 93A Letter was mailed.

SIGNATURE OF PLAINTIFF: X /s/ Brandon James Level           DATE: 1/19/2024

**MEDIATION:** Mediation of this claim may be available if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date. The plaintiff is willing to attempt to settle this claim through mediation:  ☒YES  ☐NO

**MILITARY AFFIDAVIT:** The plaintiff states under the pains and penalties of perjury that the:

☐ above defendant(s) is (are) not serving in the military and at present live(s) or works at the above address.

☐ above defendant(s) is (are) serving in the military.     ☐ I am unsure if the above defendant(s) is (are) in the military.

SIGNATURE OF PLAINTIFF: X /s/ Brandon James Level           DATE: 1/19/2024

**INSTRUCTIONS TO PLAINTIFF:** "By E-Filing this form, which includes the military affidavit, you certify that the above information is true and accurate. By completing this form, together with a payment of the filing fee, the form will be sent to the court electronically. If you do not know where to file your Small Claims case visit: www.mass.gov/courthouse-locator. If a claim arises out of plaintiff's trade or commerce, or for assigned debt, you may be required to complete and file a "Verification of Defendant's Address" form."

| MILITARY AFFIDAVIT (UNDER 50 U.S.C. § 3931) | DOCKET NUMBER  24 SC 0128 | Massachusetts Trial Court  |

**CASE NAME**

Another Level Realty LLC

v.

Navient

**COURT DEPARTMENT** (Select only one court.)

- [ ] Boston Municipal Court
- [ ] District Court
- [ ] Housing Court
- [ ] Juvenile Court
- [ ] Land Court
- [ ] Probate & Family Court
- [ ] Superior Court

**COURT DIVISION OR COUNTY**

Under the Servicemembers Civil Relief Act, 50 U.S.C. § 3931, I, **Another Level Realty** (Insert Name), have signed below affirming, to the best of my knowledge, that the following statements are true:

1. As of **1/30/2024** (Insert Month/Day/Year):

   A. ☐ The following party(ies) is/are **in military service** as defined in the Servicemembers Civil Relief Act.

   B. ☒ The following party(ies) is/are **NOT in military service** as defined in the Servicemembers Civil Relief Act.

   C. ☐ The following party(ies) has/have **concluded military service** as defined in the Servicemembers Civil Relief Act. (Also, indicate the **exact date** that the party(ies) has/have **concluded** military service.)

   D. ☐ I am unable to determine whether the following party(ies) is/are in military service as defined in the Servicemembers Civil Relief Act. As a result, under 50 U.S.C. § 3931(b)(3), I understand that the court, before entering a judgment, may require that I file a bond.

2. You are **required** to state facts that support this affidavit.
   You **must** fill out this section and check choice "A" or "B."

   A. ☐ I used the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the military status of the party(ies) listed in this affidavit. (*You are **required** to provide your search results.*)
   ☐ The results from my use of the Servicemembers Civil Relief Act Website are attached. (*Required.*)
   Additional facts (*Optional if search results are attached.*):_____
   _____

   B. ☑ I have NOT used the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the military status of the party(ies) listed in this affidavit. However, the following facts support my statement above as to the military status of the party(ies). (*You are **required** to provide facts below. Please be specific.*)
   Both parties are Corporations.

**Note:** The term "military service" includes the following: active duty service as a member of the United States Army, Navy, Air Force, Marine Corps, or Coast Guard; service as a member of the National Guard under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days for purposes of responding to a national emergency; active service as a commissioned officer of the Public Health Service or of the National Oceanic and Atmospheric Administration; and any period of service during which a servicemember is absent from duty on account of sickness, wounds, leave, or other lawful cause. 50 U.S.C. § 3911(2). A U.S. citizen who is serving with the forces of a nation with which the United States is allied in a war or military action may also be entitled to relief under the Servicemembers Civil Relief Act if that service is similar to the definition of "military service" discussed above. See 50 U.S.C. § 3914.

**Subscribed and certified or declared to be true under penalty of perjury.**

| SIGNATURE *[signed: Brandon Level]* | DATED 1/30/2024 |
|---|---|
| PRINT CLEARLY OR TYPE YOUR NAME, ADDRESS, PHONE NUMBER, AND E-MAIL ADDRESS<br>Brandon Level | BBO NUMBER (FOR ATTORNEYS) |



# Massachusetts Trial Court

## Instructions for
## Military Affidavit (Under 50 U.S.C. § 3931)

The Servicemembers Civil Relief Act (SCRA), 50 U.S.C. §§ 3901-4043, is a federal law providing a range of benefits and protections to persons serving in the military and their dependents. Servicemembers include members of the U.S. Army, Navy, Air Force, Marine Corps, or Coast Guard, and commissioned officers in the Public Health Service and National Oceanic and Atmospheric Administration, while on active duty military service of their country and for up to one year after active duty, as well as members of the National Guard on certain assignments, and U.S. citizens serving with certain allied military forces.

The Massachusetts Trial Court's **Military Affidavit (Under 50 U.S.C. § 3931)** is a standardized form used to indicate the military status of the party(ies) to a case. The form may be used in **all case types** where the filing of a **Military Affidavit** is appropriate. The Military Affidavit form is a fillable PDF and complies with both 50 U.S.C. § 3931(b) and Mass. R. Civ. P. 55(b)(4).

For example, under Mass. R. Civ. P. 55(b)(4), a Military Affidavit is required before a court enters a default judgment. A default judgment is a judgment in favor of the party or "plaintiff" suing a "defendant" for "fail[ing] to plead or otherwise defend" a court action. See Mass. R. Civ. P. 55(b)(4) ("[N]o judgment by default shall be entered until the filing of an affidavit . . . setting forth facts showing whether or not the defendant is in military service . . .").

Please type your responses on the Military Affidavit form or use blue or black ink and write clearly.

1. Write or type the complete "Docket Number" of your case, if known.

2. Write or type the "Case Name" on the form and list the parties to the case: the plaintiff(s), the defendant(s), and, if applicable, any interested party(ies) or respondent(s).

3. Check off the "Court Department" where your case is filed.

4. Write or type the appropriate "Court Division or County" where your case is located (e.g., Brighton Division, Attleboro District Court, Barnstable Probate and Family Court, or Barnstable County).

5. You are required to fill out the main portion of the affidavit. Write or type your full name. Write or type today's date or the date you conducted your search for the military status of the party(ies).

6. Write or type information about the military status of the party(ies). Under Item 1, check off Items A, B, C, or D, as appropriate, and fill in the requested information on the form for each choice. Please note that if you check off Item D, under 50 U.S.C. § 3931(b)(3), before entering a judgment, the court may require you to file a bond because you have indicated that you are unable to determine the military service status of the party(ies).

7. You are **required** to state facts supporting the Military Affidavit. Under Item 2, you must fill out this section of the form and check off choice A or B.

> **As to Choice A:** You may use the Servicemembers Civil Relief Act Website (https://scra.dmdc.osd.mil/) to determine the military status of the party(ies) that you listed. Conducting an online search through the SCRA Website is the easiest method of determining the military status of the party(ies). If you used the SCRA Website, you are **required** to provide a copy of your search results to the court (typically, a certificate generated from the SCRA Website). You must attach a copy of those search results to your Military Affidavit. You may include additional facts when you provide a copy of your search results.
>
> **As to Choice B:** If you did not use the SCRA Website to determine the military status of the party(ies) that you listed, you must provide specific facts that support your statement as to the military status of the party(ies). For example, you may include facts that you know through your contact or communications with the party(ies). You may also write to the appropriate military service headquarters, listed at (http://www.defense.gov/Sites), to determine the military status of the party(ies). Please attach any written correspondence you receive from the military in support of your statement.

8. Under "Signature" and "Dated," sign and date the form. You may sign the Military Affidavit form electronically. Make sure to clearly write or type your name, address, phone number, and e-mail address under your signature. Massachusetts attorneys are required to provide their Board of Bar Overseers (BBO) Number. Attorneys licensed in other jurisdictions must provide their State Bar Number.

| VERIFICATION OF DEFENDANT'S ADDRESS BY PLAINTIFF IN TRADE OR COMMERCE OR PURSUING ASSIGNED DEBT | 24 SC 0125 | Trial Court of Massachusetts District Court Department |
|---|---|---|
| PLAINTIFF(S): Another Level Realty LLC | | COURT DIVISION |
| DEFENDANT(S): Navient | | This form must be filed along with the Complaint for any claim incurred in the course of plaintiff's trade or commerce, or for assigned debt. Use separate forms for multiple defendants if they have different residential addresses. |
| RESIDENTIAL ADDRESS OF DEFENDANT(S): David L Yowan, President P.O. Box 9555 Wilmington, DE 19893 | | |

Pursuant to Joint Standing Order 2-15, upon personal knowledge, the defendant's residential address shown above has been verified in the following manner:

**Check at least one of these methods:**

☐ Verified with the following municipal record within the past 12 months:
Municipal Record (e.g. street list or tax records): _____
Date verified: _____

☐ Verified with Registry of Motor Vehicles records within the past 12 months.
Date verified: _____

☒ Verified by receipt of correspondence from the defendant with that return address within the past 12 months.
Date correspondence received: 1/12/24

☐ Other verification from the defendant within the past 12 months that address is current:
Describe: _____

**OR**

**Check at least two of these methods:**

☒ A letter was mailed to the defendant at the above address by first class mail on:
Date within 6 months, and at least 4 weeks before filing this civil action: 10/26/2023
and has not been returned to sender by the postal service.

☐ Verified using the following online database (other than white pages or other unpaid general telephone directory) within the past 6 months:
Name and source of database: _____

☐ Verified with an additional source, specifically: _____

DATE SIGNED: 1/30/2024

PLAINTIFF OR PLAINTIFF'S ATTORNEY (SIGNED UNDER THE PENALTIES OF PERJURY)
x Brandon Level

Rev. 10/2015